HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CARLOS TAVARES CANHISARES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:19-mj-00071-JDP |
| Plaintiff, | **STIPULATION TO VACATE REVIEW HEARING; ORDER** |
| vs. | |
| CARLOS TAVARES CANHISARES, | |
| Defendant. | |

The parties, through their respective counsel, Sean Anderson, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Carlos Tavares Canhisares, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for September 2, 2020.

On October 2 2019, the Honorable Jeremy D. Peterson sentenced Mr. Canhisares to a term of 12 months unsupervised probation and to pay a fine and special assessments totaling $1,200.00.  Mr. Canhisares has paid his fine in full and is in compliance with all terms of probation. The undersigned defense counsel respectfully moves the court to vacate the review hearing and terminate probation.  The government does not object.

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:  August 27, 2020          */s/ Sean Anderson*
SEAN ANDERSON
Acting Legal Officer
National Park Service
Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

Dated: August 27, 2020           */s/ Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
CARLOS TAVARES CANHISARES

**ORDER**

Based on the parties' joint representation that Mr. Canhisares is in compliance with the conditions of his probation, the court vacates the review hearing in case 6:19-mj-00071-JDP scheduled for September 2, 2020, at 10:00 a.m. and terminates probation.

IT IS SO ORDERED.

Dated:   August 31, 2020

_Jeremy Peterson_
UNITED STATES MAGISTRATE JUDGE